FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

'98 OCT 23 PM 2:53

U.S. DISTRICT COURT
N.D. OF ALABAMA

GREGORY A. VANSTONE                )
                                   )
            Plaintiff,             )
                                   )
vs.                                )        Case No. CV 96-S-1476-M
                                   )
                                   )
ALABAMA DEPARTMENT OF              )
CORRECTIONS; et al.,               )              ENTERED
                                   )
            Defendants.            )           OCT 2 3 1998

MEMORANDUM OPINION

        The  magistrate  judge  filed  his  second  report  and
recommendation in the above-styled cause on October 5, 1998, after
conducting a hearing on plaintiff's claim on reference from the
undersigned.   The second report and recommendation contains the
magistrate judge's proposed findings of fact and conclusions of
law.    Plaintiff  filed  his  objections  to  the  report  and
recommendation on October 14, 1998.

        Having carefully reviewed and considered de novo all the
materials  in  the  court  file,  including  a  transcript  of  the
evidentiary hearing before the magistrate judge, the court is of
the opinion that the report is due to be and the same is hereby
ADOPTED and the recommendation is ACCEPTED. Plaintiff's objections

36

to the report and recommendation are OVERRULED.[1]  By a separate

order, the court will enter final judgment in favor of defendants

Lyrene and Correctional Medical Systems, Inc. and will dismiss this

action with prejudice.

DATED this ___23rd___ day of ___October___, 1998.

_____

U.S. DISTRICT JUDGE

---

[1]  One of the objections raised is the assertion that the plaintiff never received the magistrate judge's original report and recommendation filed on May 27, 1997. The court file reflects that a copy of that report and recommendation was mailed to the plaintiff and not returned to the court; that an order granting partial summary judgment on the basis of that report and recommendation was mailed to the plaintiff and not returned to the court; and, that the magistrate judge conducted a pretrial conference with the plaintiff present and plaintiff never raised any question about not receiving the first report and recommendation. In any event, plaintiff's claim for injunctive relief to obtain surgery and for injunctive relief and damages against Correctional Medical Systems, Inc. were fully aired and heard during the evidentiary hearing conducted by the magistrate judge.